IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DILRAJ SINGH CHALAL,
       Petitioner,

    v.

JOHN RIFE, *et al.*,
       Respondents.

    :
    :
    :
    :    Civ. No. 26-2189
    :
    :
    :

## O R D E R

**AND NOW**, this 8th day of April, 2026, upon consideration of Dilraj Singh Chalal's Petition (Doc. No. 1) and Respondents' Answer (Doc. No. 3), it is hereby **ORDERED** that the Petition (Doc. No. 1) is **GRANTED IN PART** as follows:

1. **Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2)**, and instead may be detained, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a). See Demirel v. Federal Detention Ctr. Philadelphia, No. 25-5488, 2025 WL 3218243 (E.D. Pa. Nov. 18, 2025). See also Kourouma v. Jamison, No. 26-182, 2026 WL 120208, at *2–3 (E.D. Pa. Jan. 15, 2026) (Marston, J.) ("The Third Circuit's opinion in Khalil . . . does not change the Court's conclusion.") (citing Khalil v. President, United States of America, Nos. 25-2162 and 25-2357, 2026 WL 111933 (3d Cir. Jan. 15, 2026)); Restrepo v. Jamison, No. 25-6518, 2026 WL 141803, at *5 (E.D. Pa. Jan. 2020, 2026) (Leeson, J.) (same).

2. **On or before April 15, 2026**, Respondents **shall provide** Petitioner with a

1

**bond hearing before an Immigration Judge in accordance with 8 U.S.C. § 1226(a).**

3. Should the IJ deny bond, Respondents **shall provide** Petitioner the opportunity to appeal to the Board of Immigration Appeals.

**AND IT IS SO ORDERED.**

_____
Paul S. Diamond, J.