IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DILRAJ SINGH CHALAL,               :
        Petitioner,                  :
                                     :
    v.                               :    Civ. No. 26-2189
                                     :
JOHN RIFE, *et al.*,               :
        Respondents.                 :

## O R D E R

**AND NOW**, this 16th day of April, 2026, it is hereby **ORDERED** that the

Clerk of Court **SHALL close** this case.

**AND IT IS SO ORDERED.**

_____
Paul S. Diamond, J.

1